UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JAMIE RASMUSSEN,<br><br>    Defendant/Judgment Debtor,<br><br> v.<br><br>E*TRADE SECURITIES LLC,<br><br>    Garnishee. | Case No. MC19-0164RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Jamie Rasmussen, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, E*Trade Securities LLC. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on December 16, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 17th day of December, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge