**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>JAMIE RASMUSSEN,<br><br>  Defendant/Judgment Debtor,<br><br> and<br><br>E*TRADE SECURITIES LLC,<br><br>   Garnishee. | NO.  2:19-MC-00164-RSL<br><br> (2:18-CR-00087-RAJ-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, E*Trade Securities LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee E*Trade Securities LLC, filed its Answer on January 24, 2020, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control an Individual Brokerage account, valued at $2,138.86, as of January 23, 2020, in which Ms. Rasmussen maintains an interest.

//

UNITED STATES' MOTION TO ISSUE CONTINUING GARNISHEE ORDER
(*USA v. Jamie Rasmussen & E*Trade Securities LLC*, USDC#: 2:18-CR-00087-RAJ-1 / 2:19-MC-00164-RSL) - 1

After notification of the garnishment proceeding was mailed to the Garnishee on or about December 26, 2019 and January 6, 2020, and to the Defendant/Judgment Debtor Rasmussen on or about December 26, 2019, Ms. Rasmussen has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, E*Trade Securities LLC, shall pay to the United States District Court for the Western District of Washington, the entire amount of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the Individual Brokerage account, in which the Defendant/Judgment Debtor maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Ms. Rasmussen's restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Rasmussen's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:18-cr-00087-RAJ-1 and 2:19-MC-00164-RSL, and to deliver such payment either personally or by First Class Mail to:

//

//

**UNITED STATES' MOTION TO ISSUE CONTINUING GARNISHEE ORDER**
*(USA v. Jamie Rasmussen & E*Trade Securities LLC, USDC#: 2:18-CR-00087-RAJ-1 / 2:19-MC-00164-RSL) - 2*

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court
Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101


Dated this 28th day of July, 2020.


_____     *ROBERT S. LASNIK*
ROBERT S. LASNIK
United States District Court Judge


Presented by:


s/  Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**UNITED STATES' MOTION TO ISSUE CONTINUING GARNISHEE ORDER**
*(USA v. Jamie Rasmussen & E\*Trade Securities LLC,* USDC#: 2:18-CR-00087-
RAJ-1 / 2:19-MC-00164-RSL) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970